UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 10 2010
BY DAVID J. MALAND, CLERK
DEPUTY

UNITED STATES OF AMERICA

V.

CRIMINAL COMPLAINT
CASE NUMBER: 4:10MJ 356

ROLANDO RODRIGUEZ (1)
GRECIA RENDON HERNANDEZ (2)
MOISES HERNANDEZ Jr. (3)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 2009, up until the present, in the Eastern District of Texas and elsewhere, defendants ROLANDO RODRIGUEZ, GRECIA RENDON HERNANDEZ and MOISES HERNANDEZ did knowingly and intentionally combine, conspire, confederate, and agree together, with other persons known and unknown to the affiant, to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). I further state that I am a(n) Special Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

*SA Richard Martinez, DEA*
Complainant

Sworn to before me, and subscribed in my presence

November 10, 2010                                          Sherman, Texas
───────────────────────── at  ─────────────────────────
Date                                                        City and State
AMOS MAZZANT
U. S. MAGISTRATE JUDGE
─────────────────────────     ─────────────────────────
Name and Title of Judicial Officer                          Signature of Judicial Officer